THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL F. CARL, Relator, v. JOSEPH A. WARREN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of police commissioner unani-

---

* Amd. by Laws of 1921, chap. 297, and subsequent statutes.— [REP.

mously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.